ED. MESHEW v. STATE.

No. A-687. Opinion Filed September 23, 1911.

Appeal from Pottawatomie County Court; E. D. Reasor, Judge.

Ed. Meshaw was convicted of violating the prohibitory law, and appeals. Affirmed.

L. G. Pitman and E. E. Hood, for plaintiff in error.

Smith C. Matson, Asst. Atty. Gen., for the State.

PER CURIAM. Plaintiff in error was convicted on the 23rd day of March, 1909, on a charge of selling intoxicating liquor and his punishment fixed by the jury at a fine of seventy-five dollars and imprisonment in the county jail for a period of thirty days. On the 30th day of March, thereafter, judgment was pronounced in accordance with the verdict. The appeal was filed in this court on the 30th day of March, 1910. No brief has been filed on behalf of plaintiff in error and no appearance made for oral argument. The judgment of the trial court is affirmed under rule 4 of this court.

---

CHARLEY TRIONE v. STATE.

No. A-708. Opinion Filed September 23, 1911.

Appeal from Superior Court, Pittsburg County; P. D. Brewer, Judge.

Charley Trione was convicted of violating the prohibitory law, and appeals. Reversed and remanded.

J. E. Whitehead, for plaintiff in error.

Smith C. Matson, Asst. Atty. Gen., for the State.

PER CURIAM. Plaintiff in error was convicted in the superior court of Muskogee county for the crime of selling intoxicating liquor, and was sentenced to pay a fine of fifty dollars and serve sixty days in the county jail. A trial was had before a jury composed of only six men. The record does not show that the plaintiff in error waived his right to a trial by a jury of twelve men. Under the authority of Hill v. State, 3 Okla. Cr. 686, 109 Pac. 291; Schafer v. State, 5 Okla. Cr. 598, Dalton v. State, infra, 116 Pac. 954, the judgment will be reversed and the cause remanded to the superior court of Pittsburg county with directions to grant a new trial.